UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF MARY KIM SURACE | : | NO. 4:CV-04-1354 |
| by and through her administrators, | : | |
| MAUREEN SURACE and | : | |
| PATRICK SURACE, who also | : | CIVIL ACTION - Law and Equity |
| bring this matter in their own right | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, DEPARTMENT | : | |
| OF PUBLIC WELFARE; | : | |
| NORTHUMBERLAND COUNTY; | : | |
| KEYSTONE SERVICE SYSTEMS, | : | ELECTRONICALLY FILED |
| INC.; KEYSTONE SERVICE | : | |
| SYSTEMS, NORTH CENTRAL PA, | : | |
| HEATHER HIXSON; and | : | |
| ANDREW VOVAKES | : | |

## WITHDRAWAL OF APPEARANCE

     Please withdraw the appearance of Benjamin D. Andreozzi, Esquire who is no longer with the firm of Goldberg Katzman, P.C., on behalf of Defendants Keystone Service Systems, Inc., Keystone Service Systems North Central, PA and Heather Hixson.

                                  GOLDBERG KATZMAN, P.C.

                                   By        /S/
                                    Thomas E. Brenner, Esquire
                                    PA Attorney ID #32085
                                    PO Box 1268
                                    Harrisburg, PA 17108-1268
                                    717-234-4161
                                    Attorneys for Defendants Keystone Service Systems, Inc., Keystone Service Systems North Central, PA and Heather Hixson

Date: October 28, 2005