LAW OFFICES OF THOMAS J. KELLEY & ASSOCIATES
THOMAS J. KELLEY, ESQUIRE     ATTORNEY FOR DEFENDANT
IDENTIFICATION NO. 24777
52 GLENMAURA NATIONAL BOULEVARD
SUITE 201 – GLENMAURA PLAZA
MOOSIC, PA 18507
(570) 343-6570

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Estate of Mary Kim Surace, by and through her administrators, Maureen Surace and Patrick Surace, who also bring this matter in their own right, | : : : : | ELECTRONICALLY FILED |
| Plaintiffs | : : : | |
| vs. | : : : | CIVIL ACTION – LAW AND EQUITY |
| Department of Public Welfare, c/o Pennsylvania Attorney General, Northumberland County, Keystone Service Systems, Inc., Keystone Service Systems, North Central PA, Heather Hixson and Andrew Vovakes, | : : : : : : : | JURY TRIAL DEMANDED |
| Defendants | : | NO. 4:04-CV-01354-MM |

**PRETRIAL MEMORANDUM OF DEFENDANT, ANDREW VOVAKES**

COMES NOW, the Defendant, Andrew Vovakes, by and through his counsel, Thomas J. Kelley & Associates, by Thomas J. Kelley, Esquire, and hereby files its Pretrialm Memorandum as follows:

**A.     STATEMENT OF JURISDICTION**

Jurisdiction is proper under 28 U.S.C. §§1331, 1343 and 1367.

**B.     SUMMARY OF FACTS AND CONTENTIIONS AS TO LIABILITY**

Plaintiff's decedent, Mary Kim Surace, was a mentally disabled woman who wandered into traffic on Route 11 on the night of December 3, 2003. She was struck by

the vehicle of Defendant, Andrew Vovakes, and later died. Mr. Vovakes was faced with a sudden emergency and had done his best to avoid contact but was unable to do so.

Mr. Vovakes has entered into a Joint Tortfeasor Release with Plaintiffs. This settlement has been approved by the Court. The remaining parties have been asked to enter into a Stipulation removing Mr. Vovakes as a party Defendant from the case.

**C.   STATEMENT OF UNDISPUTED FACTS**

See Plaintiff's Pretrial Memorandum.

**D.   DAMAGES**

See Plaintiff's Pretrial Memorandum.

**E.   WITNESSES**

None.

**F.   SUMMARY OF TESTIMONY**

None.

**G.   COMMENTS ABOUT PLEADINGS.**

Not applicable.

**H.   SUMMARY OF LEGAL ISSUES**

None regarding Defendant Andrew Vovakes.

**I.   STIPULATIONS DESIRED**

Dismissal of Andrew Vovakes.

**J.   ESTIMATE LENGTH OF TRIAL**

3 days.

**K.   OTHER PERTINENT MATTER**

Not applicable.

**L.     EXHIBITS**

    None.

**M.     SPECIAL VERDICT QUESTIONS**

    None.

**N.     SETTLEMENT AUTHORITY**

    Not applicable.

**O.     CERTIFICATION**

    Not applicable.

**P.     REQUEST FOR FINDINGS OF FACT AND LAW**

    Not applicable.

**Q.     VOIR DIRE QUESTIONS**

    None.

**R.     TELEPHONE NUMBER**

    Undersigned counsel's cell phone number is (570) 498-4935.

    Respectfully submitted,

    THOMAS J. KELLEY & ASSOCIATES

    _____

    Thomas J. Kelley, Esquire

## **CERTIFICATE OF SERVICE**

      I, THOMAS J. KELLEY, ESQUIRE, hereby certify that I, this 24th day of February 25, 2005 served a true and correct copy of the foregoing Pretrial Memorandum of Defendant Andrew Vovakes by first class mail, postage pre-paid, from Scranton, Pennsylvania, upon the parties as follows:

Matthew J. Zeigler, Esquire
1525 Washington Boulevard
Williamsport, PA 17701

Thomas Edward Brenner, Esquire
Goldberg, Katzman & Shipman, P.C.
320 East Market Street
Strawberry Square
P.O. Box 1268
Harrisburg, PA 17108-1268

Gerald A. Connor, Esquire
Margolis Edelstein
409 Lackawanna Avenue
Oppenheim Building
Suite 3C
Scranton, PA 18503

                                      THOMAS J. KELLEY & ASSOCIATES

                                      BY: *Thomas J. Kelley*
                                                Thomas J. Kelley, Esquire