UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ESTATE OF MARY KIM SURACE,  :
et al.,                     :
        Plaintiffs       :    NO.  4:04-CV-1354
                            :
        v.               :    Complaint filed 6/23/04
COMMONWEALTH OF PENNSYLVANIA, :   (Judge Muir)
DEPARTMENT OF PUBLIC WELFARE, :
et al.,                     :
        Defendants       :

ORDER
February 24, 2006

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

A settlement has been reported to the Court by Plaintiff's counsel in the above case which is on the April, 2006 trial list.

NOW, THEREFORE, IT IS ORDERED THAT:

1. If the settlement agreement has not been reduced to writing, counsel shall confirm the terms of the settlement by exchange of letters within 10 days hereafter. If there is no such confirmation within 10 days hereafter, counsel for all parties shall report that fact to the Court in writing.

2. If the settlement agreement has not been reduced to writing, the parties shall execute a written settlement agreement within 1 month hereafter. If there is no such agreement executed within 1 month hereafter, counsel for all parties shall report that fact to the Court in writing.

3. If the settlement is not consummated within four

(Settlement Order, Revision of 4/16/02)

months after the date of this order, any aggrieved party or parties may institute suit on the settlement agreement within 5 months after the date of this order or, if unable to do so within said period and upon good cause shown, reinstate the action within 6 months hereafter.

4. The above action is hereby dismissed, without costs; provided, however, that jurisdiction is reserved to issue such further orders as may be advisable.

／s／ Muir
MUIR, U.S. District Judge